UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. _____

DOREEN SCOLASTICO, )
        Plaintiff, )
         )
v. )    04-10935 DPW
         )
READING HOUSING )    MAGISTRATE JUDGE Cohen
AUTHORITY, )
        Defendant. )

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446(a) and without waiving any defenses, the Defendant, Reading Housing Authority ("RHA") hereby removes the within action from the Middlesex County Superior Court to the United States District Court for the District of Massachusetts. As grounds for the removal of this action, the Defendant states as follows:

1. The Plaintiff, Doreen Scolastico, commenced a civil action in the Middlesex County Superior Court on or about April 20, 2004, captioned *Doreen Scolastico v. Reading Housing Authority*, Middlesex Superior Court Civil Action No. 04-1674A.

2. Service of the Summons and Complaint was effectuated on the Defendant on or about April 22, 2004.

3. The Plaintiff's Complaint alleges three causes of action. Two of the Plaintiff's claims are federal statutory claims and within the original jurisdiction of this Court; the third is a Commonwealth of Massachusetts statutory claim over which this Court may exercise jurisdiction pursuant to its discretion.

ID # 373275v01/10105-40/ 05.11.2004

RECEIPT # 55821
AMOUNT $ 150
SUMMONS ISSUED ✓
LOCAL RULE 4.1 ____
WAIVER FORM ____
MCF ISSUED ____
BY DPTY. CLK. ____
DATE 5-11-04

4. Specifically, the Plaintiff alleges violations of the Federal Fair Housing Law, 42 U.S.C. §3604(f)(3)(B); 42 U.S.C. §1983; and seeks review of a final administrative hearing officer's decision, which was governed by federal regulations, pursuant to M.G.L. c.249 §4.

5. The Plaintiff's complaint alleges federal questions over which this Court may exercise original jurisdiction and thus the Defendant may remove this case, pursuant to 28 U.S.C. § 1331.

Attached hereto, pursuant to 28 U.S.C. §1446(a), are copies of the Summons and Complaint with which the defendant was served in this matter.

Respectfully submitted,

THE READING HOUSING AUTHORITY
By their attorneys,

*/s/ John Egan*

John Egan BBO# 151670
Carrie J. Campion BBO# 656451
POSTERNAK, BLANKSTEIN & LUND, LLP.
Prudential Tower
800 Boylston Street
Boston, MA  02199-8004
617.973.6100

2

ID # 373275v01/10105-40/ 05.11.2004

## CERTIFICATE OF SERVICE

I, Carrie J. Campion, certify that I hand delivered a copy of the within Notice of Filing the Notice of Removal on May 11, 2004, to Jane K. Alper, Esq., Disability Law Center, 11 Beacon Street, Boston, MA 02108

*/s/ Carrie J. Campion*
Carrie J. Campion

ID # 373275v01/10105-40/ 05.11.2004