UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOREEN SCOLASTICO,<br>   Plaintiff,<br><br>v.<br><br>READING HOUSING AUTHORITY,<br>   Defendant, | )<br>)<br>)<br>)  C.A. N. 04-10935 DPW<br>)<br>)<br>) |

### EMERGENCY MOTION TO REMAND
### CASE TO SUPERIOR COURT

  Plaintiff filed her complaint in Middlesex Superior Court on April 27, 2004 seeking preliminary and permanent injunctive relief to order Defendant to restore her federal housing subsidy. A hearing on Plaintiff's Motion for Preliminary Injunction was scheduled for May 6. At the request of Defendant's counsel, Plaintiff and her counsel agreed to reschedule the hearing until today, May 12. On May 11, 2004, Defendant's counsel informed Plaintiff's counsel that the case had been removed to this Court.

  Plaintiff is about to be evicted from her apartment since she has been unable to pay the full rent without her housing subsidy. If she is evicted, she and her son will be homeless. The summary process trial is scheduled for May 20. It is therefore imperative that the Motion for Preliminary Injunction be heard immediately.

  Attached to this Motion is a Second Amended Complaint which deletes the federal claims. No responsive pleading has been filed. Since there is no longer a federal question, Plaintiff respectfully requests that the case be remanded to Superior Court forthwith so that her claim for preliminary relief can be heard in that Court.

DOREEN SCOLASTICO

By her attorney,

*Jane K Alper*

Jane K. Alper BBO# 016140
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108
617-723-8455 ext 135

May 12, 2004

<u>Certificate of Service</u>

I, Jane K. Alper, certify that on May 12, 2004 I served the foregoing pleading upon counsel for the Defendant by facsimile transmission with notice that I planned to file it and request an immediate hearing this morning.

*Jane K Alper*