UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOREEN SCOLASTICO,  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>READING HOUSING AUTHORITY,  )<br>Defendant,  ) | C.A. N. 04-10935 DPW |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff hereby moves to amend her complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. As grounds for this motion, Plaintiff states the following:

1. This case is an action in the nature of certiorari under M.G.L. c.249 § 4 to redress the unlawful termination of Plaintiff's housing subsidy by Defendant Reading Housing Authority. In her Complaint and First Amended Complaint, both filed in Middlesex Superior Court, plaintiff also brought claims under the federal Fair Housing Act and 42 U.S.C. § 1984.

2. The day before a scheduled hearing on Plaintiff's Application for Preliminary Injunction, Defendant removed the case to federal court.

3. Plaintiff seeks to amend the complaint to remove the federal claims for relief, which are not essential to her case and have the case remanded to Superior Court. She considers Superior Court a more appropriate forum, since the case presents largely issues of state law.

4. Defendant has not filed a responsive pleading to this action.

Respectfully submitted,
DOREEN SCOLASTICO

By her attorney,

_/s/ Jane K. Alper_
Jane K. Alper BBO# 016140
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108
617-723-8455 ext 135