# DLC

Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, Massachusetts 02108

(617) 723-8455 *Voice*
(800) 872-9992 *Voice*
(617) 227-9464 *TTY*
(800) 381-0577 *TTY*
(617) 723-9125 *Fax*

*Western Mass Office*
30 Industrial Drive East
Northampton, MA 01060
(413) 584-6337
(800) 222-5619
(413) 582-6919 *TTY*
(413) 584-2976 *Fax*

http://www.dlc-ma.org
email: mail@dlc-ma.org

By hand delivery

May 12, 2004

Civil Clerk's Office
United States District Court
District of Massachusetts
One Courthouse Way, Suite 6110
Boston, MA 02110

Re:   Scolastico v. Reading Housing Authority
      04-10935 DPW

Dear Sir/Madam:

Enclosed are the following documents for filing in the above-captioned case:

1. A copy of Plaintiff's Application for Preliminary Injunction filed in Superior Court.

2. A copy of Memorandum in Support of Plaintiff's Application for Preliminary Injunction filed in Superior Court.

3. Plaintiff's Motion to Amend Complaint.

A hearing on the case is scheduled for this Friday, May 14 at 11 a.m. and I therefore request that these documents be brought to Judge Woodlock's attention as soon as possible.



2

Thank you for your assistance.

Sincerely,

*Jane K. Alper*
Jane K. Alper

cc. Carrie Campion, Esq.