COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| MIDDLESEX, SS. | SUPERIOR COURT DEPARTMENT<br>CIVIL ACTION NO. 04-1674A |

DOREEN SCOLASTICO,  )
        Plaintiff,  )
                                      )
v.  )
                                      )
READING HOUSING AUTHORITY,  )
        Defendant,  )

PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION
AFTER HEARING ON SHORT ORDER OF NOTICE

      Plaintiff Doreen Scolastico hereby move this Court, pursuant to Mass. R. Civ. P. 65, to grant a preliminary injunction restoring her federal housing subsidy after hearing on short order of notice.

      Plaintiff's participation in the Section 8 Housing Choice Voucher Program was terminated by Defendant Reading Housing Authority (RHA) on about February 28, 2004. Plaintiff alleges that the decision of the RHA terminating her subsidy was not based on a preponderance of the evidence as required by federal law and was arbitrary and capricious and in violation of her due process rights. In addition, the decision violated Plaintiff's right to reasonable accommodation as a person with a disability under the federal Fair Housing Act.

      The grounds for this motion, as set forth more fully in the attached Affidavit of Jonathan Metcalf, LICSW, and in the Verified Complaint in this action, are as follows:

1.       There is a substantial likelihood that Plaintiff will prevail on the merits of her claim that the RHA unlawfully terminated her Section 8 subsidy, depriving her of housing assistance she requires

    because of her disability and inability to work.

2. Plaintiff will suffer irreparable harm if the Court does not order the requested injunctive relief and restore her housing subsidy. Plaintiff faces imminent eviction because she cannot afford to pay the market rent for her apartment. Without her subsidy, she will be unable to find affordable housing and is at risk of becoming homeless.

3. The Defendant and the public will not suffer comparable harm if the injunction is granted. The RHA has a public duty to provide Section 8 assistance to income-eligible families such as the Plaintiff's. While the RHA has a interest in preventing fraud in the receipt of housing subsidies, there is no evidence of fraud in this case. The RHA's interests do not outweigh the public's interest in ensuring that people are not deprived of benefits to which they are entitled without due process of law and that people with disabilities receive reasonable accommodations necessary for them to maintain their housing. The certain harm to the Plaintiff in having her housing subsidy unlawfully terminated strongly outweighs any potential harm to the Defendant.

WHEREFORE, Plaintiff requests that this Court:

1. Schedule a hearing on this motion on Short Order of Notice at the earliest available date;

2. Grant a preliminary injunction ordering the Defendant to restore Plaintiff's Section 8 subsidy, pay the subsidized portion of her rent thereafter pending the outcome of this case; and

3. Order such further relief as is just.

            DOREEN SCOLASTICO

            By her attorney,

            _____

            Jane K. Alper BBO# 016140
            Disability Law Center, Inc.
            11 Beacon Street, Suite 925
            Boston, MA 02108
            617-723-8455 ext 135

April 21, 2004

## CERTIFICATE OF SERVICE

    I, Jane K. Alper, hereby certify that on April ___, 2004 I served the foregoing motion for Preliminary Injunction upon the Defendant by mailing a copy thereof, postage prepaid, to its counsel of record.

            _____