UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.04-10935DPW

| | |
|---|---|
| DOREEN SCOLASTICO,            )| |
|       Plaintiff,      ) | |
| )| |
| v.                            )| |
| )| |
| READING HOUSING              )| |
| AUTHORITY,                    )| |
|       Defendant.     )| |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the Defendant Reading Housing Authority in the above-captioned matter.

                                             **READING HOUSING AUTHORITY**
                                             By its attorneys,

                                           /s/ Julie Easter
                                           John Egan, BBO # 151670
                                           Julie Easter, BBO#657817
                                           Posternak, Blankstein & Lund, LLP
                                           800 Boylston Street
                                           Boston, MA 02199
                                           (617) 973-6100

## CERTIFICATE OF SERVICE

I, Carrie J. Campion, certify that I hand delivered a copy of the within Notice of Apperance on May 12, 2004, to Jane K. Alper, Esq., Disability Law Center, 11 Beacon Street, Boston, MA 02108

_____
Carrie J. Campion

ID # 393729v01/7204-104/ 05.12.2004