UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.04-10935DPW

| | |
|---|---|
| DOREEN SCOLASTICO, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| READING HOUSING | ) |
| AUTHORITY, | ) |
| Defendant. | ) |

### MOTION FOR LEAVE TO ADMIT ATTORNEY CARRIE CAMPION PRO HAC VICE

In accordance with Rule 83.5.3 (b), Julie C. Easter, a member of the bar of the Commonwealth of Massachusetts and the United States District Court in the District of Massachusetts, respectfully moves for the admission *pro hac vice* of Carrie Campion of the law firm of Posternak Blankstein & Lund, LLP, 800 Boylston Street, Boston, MA 02199 to appear and practice in this Court in the above-captioned case as counsel for the Defendant.

As detailed in Attorney Campion's certificate (attached hereto as Exhibit 1) she is a member of the bar in good standing in the Commonwealth of Massachusetts, the State of Connecticut, and United States District Court in the District of Connecticut. Further, her admission to the United States District Court in the District of Massachusetts is scheduled for May 20, 2004. There are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction and she is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Payment of the $50.00 admission fee has been submitted to the Clerk of the Court. Accompanying this motion is my appearance as counsel for the Defendant.

ID # 393716v01/7204-104/ 05.12.2004

WHEREFORE, Julie C. Easter respectfully requests that this Court grant this Motion for Leave to Admit Attorney Carrie Campion, *pro hac vice*.

Respectfully submitted,

JULIE C. EASTER

*/s/ Julie C. Easter*

John Egan BBO#151670
Julie C. Easter, BBO #657817
POSTERNAK, BLANKSTEIN & LUND, LLP.
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
617.973.6100
