UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.04-10935DPW

DOREEN SCOLASTICO, )
        Plaintiff, )
         )
v. )
         )
READING HOUSING )
AUTHORITY, )
        Defendant. )

### CERTIFICATE OF ATTORNEY CARRIE CAMPION

1)   I am a member in good standing of the bars of the Commonwealth of Massachusetts, the State of Connecticut, and United States District Court for the District of Connecticut.

2)   My application for admission to the United States District Court for the District of Massachusetts has been accepted. My admission date is scheduled for May 20, 2004.

3)   I am familiar with the local rules of the United States District Court for the District of Massachusetts.

4)   My application for leave to practice in this Court is accompanied by a Motion for Leave to Admit sponsored by Attorney Julie C. Easter of my law firm Posternak Blankstein & Lund, LLP.

Respectfully submitted,

_____
Carrie J. Campion BBO# 656451
POSTERNAK, BLANKSTEIN & LUND, LLP.
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
617.973.6100

ID # 393720v01/7204-104/ 05.13.2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.04-10935DPW

| | |
|---|---|
| DOREEN SCOLASTICO, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| READING HOUSING | ) |
| AUTHORITY, | ) |
| Defendant. | ) |

### MOTION FOR ADMISSION OF ATTORNEY CARRIE CAMPION TO PRACTICE PRO HAC VICE

I, Carrie Campion, a member in good standing of the bar in the Commonwealth of Massachusetts requests admission *pro hac vice* to represent the Defendant, the Reading Housing Authority, in the above-captioned matter. My address is Posternak Blankstein & Lund, LLP, 800 Boylston Street, Boston, MA 02199. My e-mail address is ccampion@pbl.com. My telephone number is 617-973-6249 and my facsimile number is 617-722-4945. Accompanying this motion is a certificate in accordance with Rule 83.5.3.

I agree to pay the applicable fee upon entry of an order admitting me to practice *pro hac vice*.

Respectfully submitted,

/s/ Carrie Campion
Carrie J. Campion BBO# 656451
POSTERNAK, BLANKSTEIN & LUND, LLP.
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
617-973-6100

ID # 393724v01/7204-104/ 05.13.2004

## CERTIFICATE OF SERVICE

I, Carrie J. Campion, certify that I hand delivered a copy of the within Motion for Admission Carrie J. Campion, Esq. Pro Hac Vice on May 12, 2004, to Jane K. Alper, Esq., Disability Law Center, 11 Beacon Street, Boston, MA 02108.

_____
Carrie J. Campion

2

## CERTIFICATE OF SERVICE

I, Carrie J. Campion, certify that I hand delivered a copy of the within Motion to Admit Carrie J. Campion, Esq. Pro Hac Vice on May 12, 2004, to Jane K. Alper, Esq., Disability Law Center, 11 Beacon Street, Boston, MA 02108

_____
Carrie J. Campion

3

ID # 393716v01/7204-104/ 05.12.2004