UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.04-10935DPW

| | |
|---|---|
| DOREEN SCOLASTICO,            ) | |
|              Plaintiff,   ) | |
|                          ) | |
| v.                           ) | |
|                          ) | |
| READING HOUSING            ) | |
| AUTHORITY,                 ) | |
|            Defendant.   ) | |

### **AFFIDAVIT OF LYN E. WHYTE**

1. My name is Lyn E. Whyte. I am over the age of 18 and I understand the meaning of an oath.

2. I am the executive director of the Reading Housing Authority (RHA). I have held this position for almost 4 years.

3. I attended the administrative hearing regarding Doreen Scolastico's termination of her Section 8 voucher.

4. There is no recording electronic or otherwise of the hearing so I will summarize the events to the best of my recollection and ability.

5. During the hearing Ms. Scolastico indicated that she knew she was required by the regulations of the program to report that her son no longer resided with her at least 50% of the time and that her legal custody of her son had changed. She further indicated that she had decided not to report to the RHA that her son's residence had changed.

6. I informed Ms. Scolastico if she had told the RHA that her son was not residing with her, rather than falsifying her documents, that the RHA could have provided her with a one edroom voucher rather than terminate her voucher.

7. Ms. Scolastico indicated that she had no interest in a one bedroom voucher.

ID # 393724v01/7204-104/ 05.13.2004

8. The hearing officer asked Ms. Scolastico if she was requesting a reasonable accommodation regarding her disability. Ms. Scolastico indicated that she was not requesting a reasonable accommodation based on her disability.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY**

_____Lyn E. Whyte_____
Lyn E. Whyte

Dated: 5/13/04

2

ID # 393724v01/7204-104/ 05.13.2004