UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.04-10935DPW

DOREEN SCOLASTICO,            )
          Plaintiff,          )
                              )
v.                             )
                              )
READING HOUSING               )
AUTHORITY,                     )
          Defendant.          )

## AFFIDAVIT OF JOANNE GRAVES

1. My name is Joanne Graves, I am over the age of 18 and I understand the meaning of an oath.

2. I am the Executive Director of the Manchester by the Sea and Stoneham Housing Authority. I have worked at these Housing Authorities since August 1982 and March 1999 respectively.

3. I was the hearing officer for Doreen Scolastico's administrative hearing on February 13, 2004 regarding termination of her Federal Housing Section 8 voucher.

4. There was no recording electronic or otherwise of the hearing. Therefore, I will summarize to the best of my ability and recollection what transpired during the hearing.

5. During the hearing I questioned Ms. Scolastico about whether she understood the rules of the Federal Housing voucher program including that if her household composition changed that she had to notify the Reading Housing Authority within 7 days of the change.

6. She indicated to me that she understood all of the requirements of the voucher program.

7. I asked her if she understood that when she reported on her recertification form in November 2003 that her son David Scolastico was residing with her that she provided false information in violation of the voucher program regulations. She stated that she understood.

ID # 393724v01/7204-104/ 05.13.2004

8. Ms. Scolastico provided me with a medical note indicating that she suffered from a bipolar disorder. Upon reviewing the note I asked her if she was requesting a reasonable accommodation on the basis of her disability. Ms. Scolastico informed me that she was not requesting a reasonable accommodation on the basis of her disability.

9. Ms. Scolastico informed me that she understood she needed to report that her son was no longer residing with her and she stated she had falsified the recertification documents she signed in November 2003. She also stated that she understood she signed the forms under the penalties and pains of perjury.

10. The Reading Housing Authority provided all of the appropriate documentation to support its decision to terminate Ms. Scolastico's Section 8 Housing voucher. These documents included Ms. Scolastico's signed recertification form indicating that her son resided with her, a copy of the Middlesex District Court order granting temporary custody to her parents, a verification of address of her son David Scolastico indicating that he resided with her parents and not with her.

11. As a result of considering all of the evidence presented by the Reading Housing Authority in addition to listening to Ms. Scolastico I determined that the Reading Housing Authority had sufficient basis to terminate Ms. Scolastico's Section 8 Housing voucher.

12. I informed Ms. Scolastico of my decision to uphold the RHA's decision by letter dated February 20, 2004.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY**

_____
Joanne H. Graves

Dated: 05/13/2004

2

ID # 393724v01/7204-104/ 05.13.2004