UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.04-10935DPW

| | |
|---|---|
| DOREEN SCOLASTICO, | ) |
|           Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| READING HOUSING | ) |
| AUTHORITY, | ) |
|           Defendant. | ) |

**ASSENTED TO CONTINUANCE OF PRELIMINARY INJUNCTION HEARING**

The Defendant, Reading Housing Authority (RHA), respectfully submits this Assented to Continuance of the Preliminary Injunction Hearing in the above captioned file. The Court, through law courtroom clerk Ms. Rebecca Greenberg, has accommodated this continuance until Monday May 24, 2004 at 3:00pm.

        **READING HOUSING AUTHORITY**
        By its attorneys,

        /s/ Carrie Campion
        Carrie Campion, BBO#656451
        John Egan, BBO#151670
        Posternak, Blankstein & Lund, LLP
        800 Boylston Street
        Boston, MA 02199
        (617) 973-6100

**DOREEN SCOLASTICO**
By her attorney,


 /s/ Jane K. Alper
Jane K. Alper, BBO# 016140
Disability Law Center, Inc.
11 Beacon Street, Suite 925
 Boston, MA 02108
617 723-8455 ext. 135

## CERTIFICATE OF SERVICE

      I, Carrie J. Campion, certify that I faxed and mailed a copy of the within on May 17, 2004, to Jane K. Alper, Esq., Disability Law Center, 11 Beacon Street, Boston, MA 02108



/s/ Carrie Campion
Carrie J. Campion

ID # 394112v01/7204-104/ 05.17.2004