UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.04-10935DPW

| | |
|---|---|
| DOREEN SCOLASTICO,<br>　　　　　　Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| READING HOUSING<br>AUTHORITY,<br>　　　　　　Defendant. | )<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the Defendant Reading Housing Authority in the above-captioned matter.

READING HOUSING AUTHORITY
By its attorney,

_____
Carrie Campion, BBO#656451
Posternak, Blankstein & Lund, LLP
800 Boylston Street
Boston, MA 02199
(617) 973-6100

ID # 393729v01/7204-104/ 05.24.2004

## CERTIFICATE OF SERVICE

I, Carrie J. Campion, certify that I mailed a copy of the within Notice of Appearance on May 24, 2004, to Jane K. Alper, Esq., Disability Law Center, 11 Beacon Street, Boston, MA 02108

_____
Carrie J. Campion

2

ID # 393729v01/7204-104/ 05.24.2004