AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## DISTRICT OF MASSACHUSETTS

Scolastico  RHA

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04cv10935

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|

PRESIDING JUDGE: WOODLOCK
PLAINTIFF'S ATTORNEY: Alper
DEFENDANT'S ATTORNEY: Campion

TRIAL DATE(S): PI 5/24/04
COURT REPORTER: Lee Marzilli, Pam Owens
COURTROOM DEPUTY: Greenberg

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 5/24/04 | 1 | ✓ | 2/11 letter from Dr. Kowack - Metcalf RHA |
| | ✓ | | 2 | ✓ | Family obligation Tenant certification form (2p.) |
| | ✓ | | 3 | ✓ | 11/17/03 Recertification form 2p. |
| | ✓ | | 4 | ✓ | Temporary Decree of Guardianship of Minor |
| ✓ | ✓ | | 5 | ✓ | Stipulation from Probate + Family Court |
| | ✓ | 5/24/04 | 6 | ✓ | Verification Calculation - RHA / Annual Reexamination |
| ✓ | | 5/24/04 | 7 | ✓ | letter from Plaintiff to RHA |
| ✓ | | 5/24/04 | 8 | ✓ | Transcript  Postmarked 1/28/04 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Witnesses |
| ✓ | ● | 5/24/04 | | ✓ | Doreen Scolastico |
| ✓ | | 5/24/04 | | ✓ | Joanne Graves |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages