## WORKSHEET FOR HOUSING CHOICE VOUCHER PROGRAM COMPUTATIONS

☐ Housing Choice Voucher (use lesser of PS or CR on line 1)
☐ Pre-Merger Voucher:
　☐ Interim on/after 10/1/99 prior to 1st annual reexam (Use old PS on line 1)
　☐ 1st annual reexam on/after 10/1/99 (Use greater of current or old PS on line 1)
　☐ Interim between 1st & 2nd reexam (Use PS used at last annual on line 1)
　☐ 2nd annual reexam (Use lesser of PS or CR on line 1)

Family Name: **Scolastica**
Number of bedrooms per PHA Occupancy Standard: ___
# BRs leased: **1**

### MAXIMUM HOUSING VOUCHER SUBSIDY

1) Applicable Payment Standard:
　PS **1135** Effective date **10/03**　　Gross Rent **1360**
　　　　　　　　　　　　　　　　　　PS ____ Effective date ____
　　1) **1135**
2) TTP
　　2) **−260**
3) Maximum Subsidy: Payment Standard (#1) minus TTP (#2)
　　3) **= 875**

### TOTAL FAMILY CONTRIBUTION (TFC) & TOTAL SUBSIDY
Gross Rent Calculation

4) Rent to Owner　　　　　　　　　　　　　　　　　　　　　4) **1225**
5) Utility Allowance (for utilities not included)　　　　　　　　5) **+ 135**
6) Gross Rent: Rent to Owner (#4) plus Utility Allowance (#5):　6) **= 1360**
7) Total Family Contribution:
　Gross Rent (#6) **1360** minus Maximum Subsidy (#3) **875**　7) **485**
8) Total Voucher Subsidy: Lesser of:
　Gross Rent (#6) **1360** minus TFC (#7) **485** = **875**; OR
　Maximum Voucher Subsidy (#3) _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　8) **875**

### HOUSING ASSISTANCE PAYMENT AND UTILITY REIMBURSEMENT
9) Housing Assistance Payment (HAP) to Owner: Lesser of:
　Total voucher subsidy (#8) **875** or Rent to Owner (#4) **1225**
　　　　　　　　　　　　　　　　　　　　　　　　　　　9) **875**
10) Utility Reimbursement to Family:
　Total voucher subsidy (#8) ____ minus HAP (#9) ____　10)

### TENANT RENT
11) Tenant rent: Rent to owner (#4) **1225** minus HAP (#9) **875**　11) **350**
12) Accuracy Check
　Tenant rent **350** plus UA **135** = **485** minus URP **0** = 12)　**485**
　　　　　　　　　　　　　　　　　　　　　　　　　　(same as line 7)

### AFFORDABILITY CHECK (new admissions & moves)
　Monthly adjusted income ____
　times 0.40 = ____　　　　____ (40% of MAI)
　TFC (#7) = ____　　　　　____ (cannot be more than 40% of the MAI)
　　　　　　　　　　　　Rent is affordable: Y ☐ N ☐

Date of Completion: **5/25/04**　　Staff initials: **KK**

Nan McKay & Associates

10/1/99

*With David's income*

*Using 11/03 figures as presented by DS*