Computer Number _____           Certificate Number _____

## Computation of Section 8 Housing Assistance Payment

1. Housing Applicant Name: Doreen Scolastice
2. Rental Unit Address: _____
3. Name of Owner: Avalon Oaks
4. Address Of Owner: _____
5. Unit Distribution Number: _____ Bedroom Size: 1

### Source of Income

1. Social Security 611 x 12
2. S.S.I. 77.37 x 12 _____ 7332
3. Wages _____ 929
4. A.F.D.C. David SS 191 x 12    Employer
5. Pension _____ 2292
6. Other Deposits into CKg acct
7. Alimony/Child Support _____ 705
8. Bank Name & Interest

Excluded income
Fuel Asst
$245

Gross Income      11,258
Less(l) Minors     480
Less Elderly       400           ($480 Dependent)
Less Child Care Costs            ($400 Eld/Disab)
Less Medical Expenses            (Eld/Disab. Only)

Net Income        10,378
Divided by 12     865       x 30    260

TOTAL TENANT PAYMENT ............ 260
LESS UTILITY ALLOWANCE ..........
MONTHLY TENANT PAYMENT .........
HOUSING ASSISTANCE PAYMENT (HAP ...
CONTRANCE RENT .............  1225

LEASE RENEWAL DATE _____