UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOREEN SCOLASTICO, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>READING HOUSING AUTHORITY, )<br>        Defendant, ) | C.A. N. 04-10935 DPW |

## MOTION TO WITHDRAW

Counsel for the plaintiff in the above-captioned action seeks leave to withdraw from representation pursuant to Supreme Judicial Court Rule 3.07 (Massachusetts Rules of Professional Conduct [1997]), Rule 1.16(b)(3), on the ground that counsel cannot ethically and fairly represent plaintiff in this matter consistent with S.J.C. Rule 3.1 and Federal Rules of Civil Procedure Rule 11(b)(2) and (3).  *See, Burke v. Cunha*, 2000 WL 1273397 (Mass.Super., June 7, 2000); *Horan v. O'Connor*, 832 So.2d 193 (Fla. 2002).

                                                                Respectfully submitted,

                                                                _____
                                                                 Jane K. Alper BBO# 016140
                                                                 Disability Law Center, Inc.
                                                                 11 Beacon Street, Suite 925
                                                                 Boston, MA 02108
                                                                617-723-8455 ext 135

September 9, 2004

Certificate of Service

    I, Jane K. Alper, certify that on September 9, 2004 I served the foregoing pleading upon plaintiff and upon counsel for the Defendant by first class mail.

_____
Jane K. Alper