UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.04-10935DPW

DOREEN SCOLASTICO,              )
              Plaintiff,     )
                             )
v.                                              )
                             )
READING HOUSING                 )
AUTHORITY,                      )
              Defendant.    )

## **NOTICE OF WITHDRAWAL**

TO THE CLERK OF THE ABOVE-NAMED COURT:

      Please withdraw the appearance of Jennifer Finger as attorney for the Defendant Reading Housing Authority. The law firm of Posternak Blankstein & Lund LLP, together with John Egan and Carrie Campion continue to represent the Defendant.

/s/ Jennifer L. Finger

John Egan, BBO# 151670
Jennifer L. Finger BBO#641830
Carrie Campion, BBO#656451
Posternak, Blankstein & Lund, LLP
800 Boylston Street
Boston, MA 02199
(617) 973-6100

ID # 405937v01/7204-104/ 09.10.2004

## CERTIFICATE OF SERVICE

    I, Carrie J. Campion, certify that I mailed a copy of the within Notice of Appearance on September 10, 2004, Jane K. Alper, Esq., Disability Law Center, 11 Beacon Street, Boston, MA 02108

_____
Carrie J. Campion

ID # 405937v01/7204-104/ 09.10.2004