UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.04-10935DPW

| | |
|---|---|
| DOREEN SCOLASTICO, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| READING HOUSING | ) |
| AUTHORITY, | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please withdraw the appearance of Julie Easter as attorney for the Defendant Reading Housing Authority. Ms. Easter is no longer with the firm of Posternak Blankstein & Lund LLP. However, Posternak Blankstein & Lund LLP, together with John Egan and Carrie Campion continue to represent the Defendant.

 

    John Egan, BBO# 151670
    Julie Easter BBO #657817
    Carrie Campion, BBO#656451
    Posternak, Blankstein & Lund, LLP
    800 Boylston Street
    Boston, MA 02199
    (617) 973-6100

ID # 405874v01/7204-104/ 09.10.2004

## CERTIFICATE OF SERVICE

      I, Carrie J. Campion, certify that I mailed a copy of the within Notice of Appearance on September 10, 2004, Jane K. Alper, Esq., Disability Law Center, 11 Beacon Street, Boston, MA 02108

_____
Carrie J. Campion