UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOREEN SCOLASTICO, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>READING HOUSING AUTHORITY, )<br>      Defendant, ) | C.A. N. 04-10935 DPW |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Counsel for the parties to the above-captioned matter conferred on September 13, 2004 with regard to the matters to be discussed at the scheduling conference and have prepared this Joint Statement pursuant to Local Rule 16.1.

1. <u>Joint Discovery Plan</u>:  Each party will provide discovery to the other pursuant to Local Rules 26.1(B) and 26.2(A) no later than October 5, 2004.

The parties agree that all fact discovery will be completed by January 31, 2005.  The parties do not believe that phased discovery is necessary in this case.

Plaintiff's disclosure of experts will be completed by February 28, 2005.  Defendant's disclosure of experts will be completed by March 31, 2005.  Expert depositions will be completed by April 29, 2005.

2. <u>Motions</u>:  Dispositive motions will be filed by May 31, 2005.

3. <u>Trial</u>: The parties will be ready for trial by October 3, 2005.  Trial is estimated to take three days.

4. <u>Settlement</u>: The Plaintiff submitted a written offer of settlement to the Defendant on

September 10, 2004.

    5. <u>Alternative Dispute Resolution and Trial by Magistrate</u>: If the parties are unable to settle this case among themselves, they would be agreeable to mediation. The parties do not consent to a trial by magistrate.

    6. <u>Certifications</u>: Certifications required by Local Rule 16.1(D)(3) will be mailed separately.

Respectfully submitted,

_____
Jane K. Alper BBO# 016140
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108
617-723-8455 ext 135

_____
John Egan BBO# 151670
Carrie Campion BBO# 656451
Posternak, Blankstein & Lund, LLP
800 Boylston Street
Boston, MA 02199
617-973-6100

Dated: September 13, 2004