UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.04-10935DPW

| | |
|---|---|
| DOREEN SCOLASTICO,            )  <br>                        Plaintiff,    )  <br>                                         )  <br>v.                                       )  <br>                                         )  <br>READING HOUSING           )  <br>AUTHORITY,                       )  <br>                        Defendant.   ) | |

The defendant, Reading Housing Authority ("RHA"), pursuant to Local Rule 16.1(3) hereby certifies that it has conferred with the RHA regarding the below:

a)   establishing a framework for a budget for the costs of conducting the full course –and various alternative course of the ligitation; and
b)   the possibility of alternative dispute resolution.

**READING HOUSING AUTHORITY**
By its attorneys,


/s/ Carrie J. Campion_____
John Egan, BBO#151670
Carrie Campion, BBO#656451
Posternak, Blankstein & Lund, LLP
800 Boylston Street
Boston, MA 02199
(617) 973-6100


 /s/ Lyn E. Whyte_____
Lyn E. Whyte, Executive Director
Reading Housing Authority
22 Frank Tanner Drive
Reading, MA 01867