UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.04-10935DPW

DOREEN SCOLASTICO,              )
                Plaintiff,     )
                                )
v.                              )
                                )
READING HOUSING                 )
AUTHORITY,                      )
                Defendant.    )

## NOTICE OF WITHDRAWAL

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please withdraw the appearance of Carrie J. Campion as attorney for the Defendant Reading Housing Authority. The Law Firm of Posternak Blankstein & Lund LLP, together with John Egan continue to represent the Defendant.

/s/ Carrie J.Campion
_____
John Egan, BBO# 151670
Carrie Campion, BBO#656451
Posternak, Blankstein & Lund, LLP
800 Boylston Street
Boston, MA 02199
(617) 973-6100

ID # 410419v01/7204-104/ 11.09.2004

## CERTIFICATE OF SERVICE

I, Lisa Augliera, certify that I mailed a copy of the within Notice of Withdrawal on November 9, 2004, Doreen Scolastico, 30B Colonial Drive, Unit 2, Andover, MA 01810

_____
Lisa Augliera