UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOREEN SCOLASTICO,            )
    Plaintiff,            )        CIVIL ACTION NO.
                    )        04-10935-DPW
       v.                     )
                    )
READING HOUSING AUTHORITY,    )
    Defendant.            )

MEMORANDUM AND ORDER
May 23, 2005

I considered the merits of this case in connection with the preliminary injunction motion brought by the plaintiff at the outset of the litigation when she was still represented by counsel. I found no likelihood of success at that time. Thereafter, her counsel withdrew following tender of the initial disclosures required under the Federal Rules of Civil Procedure and the Local Rules of this court. Since then, the plaintiff has taken no action to prosecute her claim.

The defendant served the plaintiff with interrogatories and requests for production of documents in November of last year. She has failed to reply, despite inquiry this March at her last-known residence. The defendant moved on April 7 to dismiss the case pursuant to Fed. R. Civ. P. 37(d). The plaintiff has failed to respond to that motion despite an extended period of time within which to do so. Under the circumstances, I find the sanction of dismissal, although harsh, appropriate. The plaintiff has simply abandoned this litigation and refused to take steps affirmatively to oppose the instant motion after failing in her obligation to respond to the interrogatories and

document requests.

    Given the plaintiff's thoroughgoing failure to meet her responsibilities in this litigation, I ALLOW the defendant's motion to dismiss.


        /s/ Douglas P. Woodlock

        _____
        DOUGLAS P. WOODLOCK
        UNITED STATES DISTRICT JUDGE