UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
DOREEN SCOLASTICO,               )
        Plaintiff,               )
                                 )
     v.                          )     CIVIL ACTION
                                 )     NO.  04-10935-DPW
READING HOUSING AUTHORITY,       )
        Defendants.              )
```

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order issued May 23, 2005 (#32), allowing (#31) Defendant's Motion to Dismiss, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                        BY THE COURT,

                                        /s/ Michelle Rynne
                                        Deputy Clerk

DATED: May 26, 2005